DEFENDANT: **VICTOR HUGO MARTINEZ-CUEVAS**
CASE NUMBER: **CR04-4037-001-DEO**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **37 months on Count 1 of the Indictment.**

☐    The court makes the following recommendations to the Bureau of Prisons:

FILED
U.S. DISTRICT COURT
SIOUX CITY DIVISION OFFICE
NORTHERN DISTRICT OF IOWA

JAN 2 1 2005

By _____ DEPUTY

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___1-4-05___ to ___FCI Sandstone___

at ___Sandstone, MN___ , with a certified copy of this judgment.

___Lisa J.W. Hollingsworth, Warden___
~~UNITED STATES MARSHAL~~

By ___K Rote, UE___
~~DEPUTY UNITED STATES MARSHAL~~